**FILED**

**03/08/2023**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

### IN THE UNITED STATES DISTRICT COURT

FOR THE _Southern_ DISTRICT OF _Indiana_

---

(Full name of plaintiff(s))

Warren E. Parks

BElligerent Claimant At LAw

---

v.

(Full name of defendant(s))

Chrisotopher D. Lody office

54 monument Circle, 4th Floor

Indpls IN 46204

/.

Case Number:

2:23-cv-00102-JPH-MJD

---

(to be supplied by clerk of court)

---

A.    PARTIES

1.    Plaintiff is a ~~citizen~~ Non of _United States_, and is located at
(State)

_1944 West U.S. HwY 40, Greencastle IN 46135_
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant _Chrisotopher D. Lody_
(Name)

is (if a person or private corporation) a citizen of _United States_
_____
(State, if known)

and (if a person) resides at _54 Monument Circle 4th Floor, Indpls IN 46204_
_____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Hume Smith GEDDES Green & Simmons, LLP_
_____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

On or about Aughust 19, 2021, The BELLEgerent Claimant At Law
sent to A Christopher D. Cody office A Notice of DEmand, the
DEfendant was AN Attorney for And Client Name Amber Cooper
#67C01-2011-MT-000668. The BELLEgerent Claimant At Law
ASK for A Discovery in A form of 1-8 question. The DEfendant
breach our agreement, The DEfendant responded by saying "He is
unable to accept this offer." The offer said that failure to accept
this offer to clorify, And do so completely And in good faith within
30 days will be deemed by all Parties to mean that, You falsified the
record, And You are a fraud And You Your Principal or other Parties agreed to
be lien for 10.000.000.000.

This Agreement Was made 08/19/21, The Defendant Agreed that the BELLigerent Claimant At Law (ParkS) Was Not A legal fiction A Person (WARREN ParkS) United States Corporation. The DEFendant said (Park S) Was A human living breathing being. The DEFendant said HE/ magistrate Court has a special relationship and the Defendant Was Part of SAtanic cult. This All happen while Parks Was held at the Putnam Correction Facility, Greencastle IND. 46135. This is all and Part to get A Summary Judgment for the /his clients LisA Bloc. Parks Was ON or About 2022, taken in front of this Magistrate Court, the Defendant is on the recorded silence. The Court Was acting As A lawYer for DEFendant And later Recuse her self from this CASE, Today there is some New Judges Who without any Notice change the Cause Number And attempting to re direct this CASE. The DEFendant Acquiescence by silence (Parks) Asserts its intentions And the Defendant did Not rebut, And Compliantly go along with what Parks Claim. This Contract AS defined iN 1871 Constitution.

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
different from the state citizenship of every defendant, and the amount of
money at stake in this case (not counting interest and costs) is
$_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

I WANT the Defendant to Pay for the Amount, ~~FOR~~ ~~WP FOR~~

the breath of Agreement AND Costs AND FEE'S AND

whatever this Courts deems as fair.

E.    JURY DEMAND

☑  Jury Demand - I want a jury to hear my case
                    OR

☐  Court Trial – I want a judge to hear my case

Dated this _08_ day of _March_ 20_23_.

Respectfully Submitted,

_Warner Rule_

Signature of ~~Plaintiff~~ *BElligerent Claimant*

_116977_

Plaintiff's Prisoner ID Number

_1946 West U.S. Hwy. 40_

_Greencastle IN. 46135_

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.    OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Warner Rule_

Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

Complaint - 5

FILING FEE

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.