UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WARREN E. PARKS Belligerent claimant at law,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER CODY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 2:23-cv-00102-JPH-MJD<br>)<br>)<br>)<br>)<br>) |

**ORDER DIRECTING CLOSING OF CASE**

  Plaintiff, Warren Parks, filed a complaint on March 8, 2023. Dkt. 1. The next day, the Court acknowledged that the Seventh Circuit barred Mr. Parks from filing any civil suits in courts of this circuit and struck the filing of his complaint. Dkt. 6; *see Parks v. Knight*, No. 17-2352 (7th Cir. 2017), dkts. 2, 7, 9. The Court also referred the matter of Mr. Parks's filing practices to Chief Judge Pratt. Dkt. 6 at 2. Chief Judge Pratt has now ordered that any further filings from Mr. Parks be docketed only in the miscellaneous case of *In re Parks*, 1:23-mc-20-TWP.

  Since there is no complaint filed in this case, *see* dkt. 6 (striking complaint), and Mr. Parks is unable to file anything further in this matter, *see In re Parks*, 1:23-mc-20-TWP, dkt. 1, the **Clerk is directed** to **administratively close** this case and **terminate** any pending motions.

**SO ORDERED.**

Date: 4/17/2023

                   *James Patrick Hanlon*
                   James Patrick Hanlon
                   United States District Judge
    1               Southern District of Indiana

Distribution:

WARREN E. PARKS
116977
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only